S.Ct. 2528, 2532, 81 L.Ed.2d 413 (1984). We find that appellant was not denied due process. Point denied.

All other issues referred to in appellant's briefs are without merit and will not be dealt with on review. Judgment affirmed.

All concur.

Richard L. SCOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42102.

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 28, 1989.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Steven WATSON, Appellant.

No. WD 41425.

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Sean O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of tampering in the first degree, and from a sentence of two years imprisonment.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Steven WATSON, Appellant.

No. WD 41426.

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 28, 1989.

Sean O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of tampering in the first degree, and from a sentence of two years imprisonment.

Affirmed. Rule 30.25(b).

**Vernon Richard CASE,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 16203.**

Missouri Court of Appeals,
Southern District,
Division One.

Nov. 17, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 8, 1989.

James R. Schumacher, Asst. Public Defender, Springfield, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

PREWITT, Judge.

Movant was convicted of sodomy, § 566.060, RSMo Supp.1984, upon his son and assessed punishment at fifteen years' imprisonment. He filed a motion under Rule 29.15, seeking to vacate the conviction. Following an evidentiary hearing the trial court made findings of fact, conclusions of law and entered judgment denying the motion. Review of the trial court's order is limited to determining whether the